IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTHONY R. TURNER,

      Plaintiff,                    No. CIV S-07-1362 LKK GGH P

      vs.

ARNOLD SCHWARZENEGGER, et al.,

      Defendants.

_____/      ORDER

      Plaintiff is a state prisoner proceeding pro se and in forma pauperis who seeks relief pursuant to 42 U.S.C. § 1983. By Order, filed on April 16, 2008, many claims and defendants were dismissed from plaintiff's original complaint, with leave granted to file an amended complaint. Plaintiff elected not to file an amended complaint and by concurrently filed Findings and Recommendations, the court recommends dismissal of some claims and defendants from this action.

      As to certain claims, however, the complaint states a cognizable claim for relief pursuant to 42 U.S.C. § 1983 and 28 U.S.C. § 1915A(b).

      In accordance with the above, IT IS HEREBY ORDERED that:

      1. Service is appropriate for the following defendants: Chaud (or Chan), Sgt. D. Hunter, Gibson, Lucerro, Hudson.

1

1    2. The Clerk of the Court shall send plaintiff five (5) USM-285 forms, one
summons, an instruction sheet and a copy of the complaint filed in this court on July 11, 2007.[1]

3. Within thirty days from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the following documents to the court:

    a. The completed Notice of Submission of Documents;

    b. One completed summons;

    c. One completed USM-285 form for each defendant listed in number 1 above; and

    d. Six (6) copies of the endorsed complaint filed July 11, 2007.

4. Plaintiff need not attempt service on defendants and need not request waiver of service. Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

DATED: 06/30/08

/s/ Gregory G. Hollows

_____
UNITED STATES MAGISTRATE JUDGE

GGH:009
turn1362.1

---

[1] This case was transferred from the Northern District.

2

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTHONY R. TURNER,

      Plaintiff,                    No. CIV S-07-1362 LKK GGH P

   vs.

ARNOLD SCHWARZENEGGER, et al.,      NOTICE OF SUBMISSION

      Defendants.                OF DOCUMENTS

_____/

      Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

    __1__     completed summons form

    __5__     completed USM-285 forms

    __6__     copies of the July 11, 2007 Complaint

DATED:

                                                    Plaintiff