IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTHONY R. TURNER,

    Plaintiff,                    No. CIV S-07-1362 LKK GGH P

    vs.

ARNOLD SCHWARZENEGGER, et al.,

    Defendants.              FINDINGS & RECOMMENDATIONS

/

        Plaintiff, a state prisoner proceeding pro se and in forma pauperis, seeks relief pursuant to 42 U.S.C. § 1983.  By concurrently filed order, this court has found plaintiff's complaint appropriate for service upon defendants.  However, for the reasons previously set forth in the Order filed on April 16, 2008, the undersigned must now recommend dismissal of certain of plaintiff's claims.

        Accordingly, IT IS HEREBY RECOMMENDED that plaintiff's claims against defendants Schwarzenegger; Tilton; Prieto; Day; Rademaker; Malagra; Miller; Ray, Sr.; Ray, Jr.; Denier; Lavegnour; Oliver; Barrientos; Ward; Capel; Westera; McCallister; Guerro; Kendrick; Cordova; Austin; Purcell; Geogini; Tony, as well as claims against those not clearly identified as defendants, Huff and Christine, are dismissed.  Also dismissed are plaintiff's claims duplicative of those made in prior, pending actions, including plaintiff's claims regarding the

1 manner of his December 11, 2006, arrest and what allegedly occurred upon his arrival and intake
2 at the Monroe Detention Center, placement in administrative segregation, and most of his
3 allegations regarding food poisoning and lack of medical care for same, his allegations regarding
4 lack of "grooming tools" and his claims regarding his mail, and retaliation claims, and the
5 defendants associated with these claims.

6       These findings and recommendations are submitted to the United States District
7 Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty
8 days after being served with these findings and recommendations, plaintiff may file written
9 objections with the court.  The document should be captioned "Objections to Magistrate Judge's
10 Findings and Recommendations."  Plaintiff is advised that failure to file objections within the
11 specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951
12 F.2d 1153 (9th Cir. 1991).

13 DATED: 06/30/08

/s/ Gregory G. Hollows
_____
GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:009/035
turn1362.fr