IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTHONY R. TURNER,

     Plaintiff,                               No. CIV S-07-1362 LKK GGH P

     vs.

ARNOLD SCHWARZENEGGER, et al.,

     Defendants.                        <u>ORDER</u>

_____/

       Plaintiff, a state prisoner, is proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983.

       By an order filed June 30, 2008 , this court ordered plaintiff to complete and return to the court, within thirty days, the USM-285 forms and copies of his complaint which are required to effect service on the defendants. On July 21, 2008, plaintiff submitted the USM-285 forms but failed to file the six copies of the complaint.

       Accordingly, IT IS HEREBY ORDERED that:

       1. The Clerk of the Court is directed to return the copy of the complaint submitted by plaintiff on July 11, 2007; and

/////

/////

1

2. Within thirty days, plaintiff shall submit to the court the six copies of the complaint filed on July 11, 2007 required to effect service. Failure to return the copies within the specified time period will result in a recommendation that this action be dismissed.

DATED: 08/05/08

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:ja
turn1362.8f