IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTHONY R. TURNER,

       Plaintiff,                       No. CIV S-07-1362 LKK GGH P

   vs.

ARNOLD SCHWARZENEGGER, et al.,

       Defendants.               ORDER

_____/

      Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

      On June 30, 2008, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within twenty days. Plaintiff has filed a document (docket # 14), which the court construes to be, at least in part, objections to the findings and recommendations.

      In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by

1

proper analysis.

        Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed June 30, 2008, are adopted in full; and

2. Plaintiff's claims against defendants Schwarzenegger; Tilton; Prieto; Day; Rademaker; Malagra; Miller; Ray, Sr.; Ray, Jr.; Denier; Lavegnour; Oliver; Barrientos; Ward; Capel; Westera; McCallister; Guerro; Kendrick; Cordova; Austin; Purcell; Geogini; Tony, as well as claims against those not clearly identified as defendants, Huff and Christine, are dismissed.  Also dismissed are plaintiff's claims duplicative of those made in prior, pending actions, including plaintiff's claims regarding the manner of his December 11, 2006, arrest and what allegedly occurred upon his arrival and intake at the Monroe Detention Center, placement in administrative segregation, and most of his allegations regarding food poisoning and lack of medical care for same, his allegations regarding lack of "grooming tools" and his claims regarding his mail, and retaliation claims, and the defendants associated with these claims.

DATED: December 23, 2008.

                                           LAWRENCE K. KARLTON
                                           SENIOR JUDGE
                                           UNITED STATES DISTRICT COURT