IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTHONY R. TURNER,

        Plaintiff,                    No. CIV S-07-1362 LKK GGH P

    vs.

ARNOLD SCHWARZENEGGER, et al.,

        Defendants.             FINDINGS & RECOMMENDATIONS

_____/

        By an order filed August 5, 2008, this court ordered plaintiff, within thirty days, to submit six copies of the complaint which are required to effect service. That thirty day period has since passed, and plaintiff has not responded in any way to the court's order. This order was re-served on plaintiff to his most current address on September 16, 2008, and again on November 12, 2008.

        IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. See Fed. R. Civ. P. 41(b).

        These findings and recommendations will be submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty days after being served with these findings and recommendations, plaintiff may file written objections with the court. The document should be captioned "Objections to Findings

1

1 and Recommendations." Plaintiff is advised that failure to file objections within the specified
2 time may waive the right to appeal the District Court's order. <u>Martinez v. Ylst</u>, 951 F.2d 1153
3 (9th Cir. 1991).
4 DATED: January 23, 2009

/s/ Gregory G. Hollows

UNITED STATES MAGISTRATE JUDGE

GGH:035
turn1362.ffc